UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIM S.,<br><br>            Plaintiff,<br><br>v.<br><br>BLUE CROSS OF CALIFORNIA dba ANTHEM BLUE CROSS; ANTHEM SILVER PPO 1500 PLAN; and DOES 1 through 10,<br><br>            Defendant. | Case No. 3:19-cv-01194-RS<br><br>**ORDER TO CONTINUE TRIAL AND RELATED DEADLINES**<br><br>Complaint Served: March 4, 2019<br>Current trial date: December 16, 2019<br>New trial date: March 2, 2020<br><br>Judge: Hon. Richard Seeborg |

Pursuant to the Stipulation of the Parties, and for good cause appearing, it is hereby ORDERED that the trial and related deadlines in the above-captioned actions shall be continued as follows:

1. The trial date, currently scheduled for December 16, 2019, is continued to March 2, 2020;

2. Cross-opening briefs are to be filed on January 22, 2020;

3. Cross-responsive briefs are to be filed on February 12, 2020; and

4. All discovery and trial related dates set in the Order and pursuant to the Federal Rules of Civil Procedure will be based upon the new trial date.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 3, 2019

                            /s/ Richard Seeborg
                            THE HONORABLE RICHARD SEEBORG
                            UNITED STATES DISTRICT COURT