UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JIM S.,

          Plaintiff,

     v.

BLUE CROSS OF CALIFORNIA, et al.,

          Defendants.

Case No. 19-cv-01194-RS

**STANDBY ORDER OF DISMISSAL**

       The Court has been informed that the above-entitled action has settled.  Accordingly, the Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by **April 2, 2020**.  If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **April 9, 2020, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed.  Failure to comply with this Order may result in dismissal of the case.

       **IT IS SO ORDERED.**

Dated: February 13, 2020

_____
Richard Seeborg
United States District Judge